HENRY MILLER, Respondent, *v.* ROBERT C. FISHER et al.,
Doing Business under the Firm Name of ROBERT C. FISHER
AND COMPANY, Appellants.

*Miller* v. *Fisher*, 124 App. Div. 937, affirmed.
(Argued April 5, 1909; decided April 27, 1909.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the first judicial department, entered March
16, 1908, which modified and affirmed as modified a judgment
in favor of plaintiff entered upon a verdict and affirmed an
order denying a motion for a new trial in an action to recover
for personal injuries alleged to have been sustained by an
employee through the master's negligence.

*William C. Beecher* and *Robert Davidson* for appellants.

*Joseph H. Adams* and *Edward Harding* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT,
WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.

---

LOUIS LEAVITT, Respondent, *v.* ISAAC PFEIFFER, Appellant.

*Leavitt* v. *Pfeiffer*, 125 App. Div. 922, affirmed.
(Submitted April 6, 1909; decided April 27, 1909.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the first judicial department, entered April
28, 1908, affirming a judgment in favor of plaintiff entered
upon a verdict directed by the court in an action to recover for
an alleged breach of contract of sale.

*Thomas Kilvert* for appellant.

*Max D. Steuer* and *David L. Podell* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT,
WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.